HANNAH L. CROSSLEY, Respondent, *v.* GEORGE W. HOJER, Appellant.

*Crossley* v. *Hojer*, 11 Misc. Rep. 57, affirmed.
(Argued March 17, 1899; decided April 18, 1899.)

APPEAL from a judgment of the General Term of the late Superior Court of the city of New York, entered January 29, 1895, upon an order modifying, and affirming as modified, a judgment in favor of plaintiff entered upon the report of a referee.

*Morris S. Wise* for appellant.

*N. Cohen* for respondent.

Judgment and order affirmed, with costs; no opinion.
All concur.

---

FRANCIS J. GASQUET et al., as Trustees under the Will of EVELINE G. MARSHALL, Deceased, Appellants, *v.* LOUISE M. POLLOCK et al., Respondents.

*Gasquet* v. *Pollock*, 1 App. Div. 512, affirmed.
(Argued March 17, 1899; decided April 18, 1899.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered March 4, 1896, affirming a judgment in favor of defendants entered upon the report of a referee.

*George A. Strong* and *Welcome S. Jarvis* for appellants.

*J. Frederic Kernochan, George G. Freer* and *Henry F. Miller* for respondents.

Judgment affirmed, with costs, on opinion below.
All concur.